# AFFIDAVIT

I, **Christopher M. Casazza**, certify, under penalty of perjury under the laws of the United States of America as stated in 18 USC § 1546(a) and 28 USC § 1746, that the statements in this affidavit are true and correct.

1. I am the attorney for Plaintiff Vraj V. Patel, and a motion for *pro hac vice* admission is forthcoming.

2. That on April 16, 2025, prior to filing the Complaint and Motion to Temporary Restraining Order (TRO) in this matter I reached out to the U.S. Attorney's Office for the Western District of Pennsylvania *via* email – specifically, Chief, Civil Division, Lee Karl, and Deputy Chief, Civil Division, Adam B. Fischer.

3. I provided a copy of the Complaint and TRO, and requested that Defendants consider reinstating Plaintiff's SEVIS status (student status) in an effort to avoid litigation.

4. That on that same day, Chief Karl responded to undersigned counsel indicating that they cannot agree to reinstate the SEVIS status.

5. Further, undersigned counsel avers that upon filing of the Complaint and TRO, service will be made on Defendants' counsel, the U.S. Attorney's Office for the Western District of Pennsylvania, *via* email, which Defendants' counsel has previously consented.

I, **Christopher M. Casazza**, certify under penalty of perjury under the laws of the United States of America as stated in 18 USC § 1546(a) and 28 USC § 1746, that the statements in this affidavit are true and correct.

04/16/2025
Date

**Christopher M. Casazza**

1