IN THE UNITED STATES DISTRCT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VRAJ V. KAPATEL[1], <br><br> v. <br><br> PAM BONDI, Attorney General of the United States, *et al.* | Case No.: 1:25-cv-00103-SPB <br><br> Hon. Susan Paradise Baxter |

## MOTION FOR VIDEO APPEARANCE

Counsels for Plaintiff, Christopher M. Casazza and Brian S. Green, hereby move this Court to permit their appearance at the April 30, 2025, hearing on Plaintiff's Motion for Preliminary Junction (Docket No. [14]) and avers the following:

That attorney Christopher M. Casazza, whom Plaintiff retained for this matter, is currently at his primary office in Philadelphia, PA, and is unable to attend this hearing in person due to scheduling conflicts and the inherent short notice of these types of hearings.

Further, attorney Brian S. Green, local counsel for Plaintiff, is currently at his primary office in Littleton, CO, and is unable to attend the hearing in person.

That Plaintiff's counsel has conferred with Defendants' counsel *via* email on today's date and Defendants do not object to this motion.

Accordingly, Plaintiff avers that good cause has been shown to permit Attorney Casazza and Attorney Green to appear before this Court, on April 29, 2025, *via* video.

---

[1] Motion to Correct Case Caption from 'Patel' to 'Kapatel' currently pending at Dkt 11.

Respectfully Submitted,

Dated: <u>April 25, 2025</u>

<u>s/ Christopher M. Casazza, Esq.</u>
Christopher M. Casazza PA Bar ID# 309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com

Attorney for Plaintiff – *Pro hac vice*

<u>s/Brian Scott Green</u>
Brian Scott Green PA Bar ID # 86888
Law Office of Brian Green
9609 S University Boulevard, #630084
Littleton, CO 80130
Phone (443) 799-4225
BrianGreen@greenUSimmigration.com

Attorney for Plaintiff – *Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic filing system.

*s/ Christopher M. Casazza, Esq.*
Christopher M. Casazza PA Bar ID# 309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com
