IN THE UNITED STATES DISTRCT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vraj V. Patel,<br><br>v.<br><br>Pam Bondi, Attorney General of the United States, *et al.* | Case No.: 1:25-cv-00103-SPB |

**ORDER GRANTING MOTION FOR AMEND/CORRECT THE CAPTION**

Upon consideration of the Plaintiff's motion to amend/correct the case caption in this matter pursuant to Federal Rule of Civil Procedure 15(1)(C), ECF No. [11],

IT IS HEREBY ORDERED, this 25th day of April, 2025, that the motion is granted. The Clerk is directed to amend the above-captioned case to reflect Plaintiff's true legal name of **Vraj V. Kapatel**.

_____
SUSAN PARADISE BAXTER
UNITED STATES DISTRICT JUDGE